IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE TITTL, et al., | CASE NO. CV F 12-2040 LJO JLT |
| Plaintiff, | **ORDER TO RESET CHANGE OF VENUE HEARING AND TO VACATE MOTION TO DISMISS HEARING** |
| vs. | (Docs. 17 and 20.) |
| HILTON WORLDWIDE, INC., et al., | |
| Defendants. | |

To maximize this Court's limited resources and on the basis of good cause, this Court:

1. RESETS defendants' motion for change of venue (doc. 20) to March 13, 2013 **at 9:30 a.m.** before U.S. Magistrate Judge Jennifer Thurston at U.S. Courthouse, 510 19th Street, Bakersfield, California 93301; and

2. VACATES the March 13, 2013 hearing on defendants' motion to dismiss (doc. 17). Unless change of venue is denied, this Court will take no action on the motion to dismiss and plaintiffs need not respond to the motion to dismiss.  If change of venue is denied, defendants may reset the motion to dismiss before U.S. District Judge Lawrence J. O'Neill.

Due to bearing the heaviest caseload in the nation with the retirement of former U.S. District Judge Oliver Wanger, limited resources, and the need to prioritize criminal and older civil matters over

1

more recently filed actions, this Court urges the parties to consider the conduct of all further proceedings by a U.S. Magistrate Judge, whose caseload and availability are more accommodating to the parties. Forms for U.S. Magistrate Judge consent are available on this Court's website.

IT IS SO ORDERED.

**Dated:   February 4, 2013**          /s/  **Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE